AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

In Re
AMERICANWEST BANCORPORATION,
                Debtor.

JUDGMENT IN A CIVIL CASE

CAPPELLO CAPITAL CORP.,
                Plaintiff,
AMERICANWEST BANK, et al.,
                Defendants.

CASE NUMBER: CV-11-0449-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Cappello Capital Corp's claims against AmericanWest Bank and co-defendant Sandler O'Neill & Partners LP are dismissed with prejudice pursuant to the Order Adopting Report and Recommendation and Directing Entry of Judgment entered on January 25, 2013, ECF No. 10.

01/25/2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas