# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

In Re AMERICANWEST BANCORPORATION, Debtor.
CAPPELLO CAPITAL CORP.,
*Plaintiff*
v.
AMERICANWEST BANK, et al.,

*Defendant*

Civil Action No.  CV-11-449-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The Court fully adopts the Report and Recommendation (ECF No. 292 in Adv. No. 11-80323-FPC).  The Court previously adopted the Report and Recommendation (ECF No. 71) approving an amount of $2,102,147.87.  The Court now approves an additional $260,512.74 in fees and costs, for a final award in favor of Defendant AmericanWest Bank in the amount of $2,362,660.50, plus interest at 10%, accruing from the date of entry of the judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  January 24, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb