Craig Miller, WSBA #10239
Ragan Powers, WSBA #11935
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
(206) 622-3150

Counsel for AmericanWest Bank

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. CV-11-0449-LRS |
| AMERICANWEST BANCORPORATION, | Bankruptcy Court Case No. 10-06097-PCW11 |
| Debtor. | Adv. Proceeding No. 11-80323-PCW |
| CAPPELLO CAPITAL CORP., | ORDER VACATING TEMPORARY RESTRAINING ORDER (DKT. 173) AND EXONERATING BOND |
| Plaintiff, | |
| vs. | |
| AMERICANWEST BANK, et al., | |
| Defendants. | |

This matter came before the Court on AmericanWest Bank's Motion to Vacate Temporary Restraining Order (ECF No. 168) and Exonerate Bond. (ECF No. 183).

ORDER - 1
DWT 24839222v1 0093414-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

NOW, THEREFORE:

1. The Court finds the Motion to be well taken, and consistent with the parties' full and final settlement of this cause, and the Motion, ECF No. 183, is GRANTED;

2. The Temporary Restraining Order Restraining Payment and Delivery of MAG Stock Warrants Fee Payment (ECF No. 168), is hereby VACATED IN ITS ENTIRETY; and

3. The $10,000.00 cash bond posted by AmericanWest Bank on or about August 21, 2014, in support of the Temporary Restraining Order, is hereby EXONERATED, and the Clerk is directed to refund those funds to AmericanWest Bank.

ORDERED this 22nd day of September, 2014.

*s/Lonny R. Suko*

Lonny R. Suko
Senior United States District Court

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for AmericanWest Bank

By: */s/ Craig Miller*
Craig Miller, WSBA #10239
Ragan Powers, WSBA #11935

ORDER - 2
DWT 24839222v1 0093414-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700